IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M.W., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-856-MN |
| | ) | |
| CAREY LYNCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

COMES NOW, the parties, by and through their undersigned counsel, who do hereby stipulate to the dismissal of the above-captioned matter with prejudice.

**ARCHER & GREINER, P.C.**

/s/ *Peter L. Frattarelli*
Peter L. Frattarelli, Esq. (#2871)
300 Delaware Avenue
Suite 1100
Wilmington, DE 19801
*Attorney for Plaintiff*

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ *Nicholas D. Picollelli, Jr.*
Nicholas D. Picollelli, Jr. (#6317)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
*Attorney for Defendants*

SO ORDERED this 24th day of January 2022.

_____
The Honorable Maryellen Noreika
United States District Judge